# United States District Court
## Violation Notice

CVB Location Code: MD-92

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 8045333 | Curtin | 1460 |

8045333

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged  ☐ CFR  ☐ USC  ☒ State Code |
|---|---|
| 10/17/19 @ 1627hrs | MD 16 303 F |

Place of Offense: South Drive and Old Georgetown Rd

Offense Description: Factual Basis for Charge    HAZMAT ☐

Person Driving Motor Vehicle on Suspended out of state license

### DEFENDANT INFORMATION

Last Name: Mohammad Reza
First Name: Zohra

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| UZJ1635 | VA | D | Honda Civic | | Gold |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____   Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 09/2015)    Original - CVB Copy

CVB SCAN 10/28/2019 14:22

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 10/17, 2019 while exercising my duties as a law enforcement officer in the NIH District of MD

Ms. Mohammad Reza while operating a 2007 Honda Civic bearing VA tag UZJ1635 was stopped on Convent Drive in front of Bldg 10 (NIH Campus) in connection with a Gate Security Breach at approx 1627hrs on 10/17/19. During my investigation records from VA indicated that Ms. Mohammad Reza was operating her vehicle with a suspended license. She was cited at Subway NIH police US Dist Ct VN # 8045333 was issued as well for the Security Breach.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/17/2019   Sgt. [signature] Curtin
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 10/28/2019 14:22