# United States District Court
## Violation Notice

CVB Location Code: **MD-92**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 8045332 | Curtin | 1460 |

8045332

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 10/17/19  1627hrs | 45 CFR 3.41 |

**Place of Offense**
South Dr & Old Georgetown Rd

**Offense Description: Factual Basis for Charge** — HAZMAT ☐
Unauthorized Trespass, Violation of Closure and/or Limits to Entry

### DEFENDANT INFORMATION

Last Name: Mohammad Reza
First Name: Zohra
Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| UZJ1635 | VA | ☐ | Honda Civic | ☐ | Gold |

A ☒ BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 80.00   Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ 110.00   Total-Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____   Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: _____

(Rev. 09/2015)   Original - CVB Copy

CVB SCAN 10/28/2019 14:22

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **10/17**, 20**19** while exercising my duties as a law enforcement officer in the **NIH** District of **MD**

On Thursday 10/17/2019 at approx. 1627 hrs I responded to a report of a security gate breach on the NIH campus in reference to the South Dr vehicle entry/exit gate. At approx 1629 hrs I pulled over vehicle operator Mohammad Reza on Convent Drive in front of Bldg 40. She was operating a 2001 Gold Honda Civic bearing VA TAG UZJ1635 which matched the vehicle description. Ms Mohammad Reza did not have an employee ID nor did she have any proof of having gone through the visitor screening process. She stated she was taking her husband to an emergency room with her. A review of video tape showed Mohammad Reza enter the campus through the inbound run lane at both DGTs at 1624 hrs. She was cited at Suburban Hosp.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **10/17/2019**   Sgt John Curtin
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 10/28/2019 14:22