AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED ___ ENTERED
___ LOGGED ___ RECEIVED

DEC 11 2019

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>ZOHRA MOHAMMAD REZA<br>2811 Ashmont Terrace<br>Wheaton, MD 20906<br>DOB 1/1987; SSN ***-**-9287<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)      19-mj-3942<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __10/17/2019__ in the county of __Montgomery__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sec. 13,; Md. Transp. Art. Sec. 16-303; 45 C.F.R. Sec. 3.3 | did, on lands within the special maritime and trritorial jurisdiction of the United States, on lands administered by the United States Department of Health and Human Services, 1) did drive a motor vehicle on a highway while her license issued by Virginia was suspended; 2) did fail to comply with an official "do Not Enter" sign at an exit lane, by entering using that lane. |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Officer John Curtin, NIH Police
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/11/2019__

_____
*Judge's signature*

City and state: __Greenbelt, Maryland__    Thomas M. DiGirolamo, U.S. Magistrate Judge
*Printed name and title*