AFFIDAVIT

I am an officer with the National Institutes of Health (NIH) Police. My responsibilities include investigation and prosecution of crimes occurring on federal property. This affidavit is intended to provide probable cause and does not contain all the evidence known to me. It is based upon my personal observations and things told to me by others. The information that follows is true to the best of my knowledge and belief.

On October 17, 2019, at about 4:26 p.m., the defendant drove onto the NIH campus, entering through an outbound lane at the South and Old Georgetown vehicle gate. Gate security personnel put out a lookout, and NIH police located and stopped the vehicle, a Honda Civil, driven by **ZOHRA MOHAMMAD REZA** ("**MOHAMMED REZA**"), with her minor son in the rear passenger seat. The lane she entered through is marked with signage that says "do not enter."

**MOHAMMAD REZA** said she was pregnant and her son was suffering from allergies, and she was looking for an emergency room. She was directed to Suburban Hospital.

A record check showed that **MOHAMMAD REZA**'s Virginia driving privilege was suspended.

NIH is located on lands within the special maritime and territorial jurisdiction of the United States, and is administered by the Department of Health and Human Services.

_____
John Curtin, NIH Police, 301-496-5685

Sworn to before me this ___11___ day of December, 2019.

_____
United States Magistrate Judge