IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**United States of America,**   *

v.   * Case No. _19-MJ-3942_

_Zohra Mohammad-Reza_   *
**Defendant.**   *

### ORDER APPOINTING FEDERAL PUBLIC DEFENDER AS COUNSEL

After appropriate inquiry, the above-named Defendant has been found by the court to be financially unable to obtain counsel and to be entitled to the appointment of counsel under the Criminal Justice Act of 1964, as amended.  Accordingly, it is

**ORDERED** that the Federal Public Defender for the District of Maryland be and is hereby appointed to represent the Defendant in all further proceedings before this court; and it is further

**ORDERED** that, if after the appointment of counsel as ordered herein, the Defendant is financially able to retain counsel or contribute toward the payment of counsel fees, the court may terminate the appointment of counsel or authorize payments from the Defendant as provided by the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A, subject to the verification and determination of defendant's financial resources by the court, including appropriate investigation by the U.S. Probation Office, all pending further order of the court.

_January 8, 2020_                                           _Thomas M. DiGirolamo_
Date                                                                  United States Magistrate Judge

cc:    Defendant
       Office of the Public Defender:

       ☐ Baltimore, MD (410-962-3962)        ☒ Greenbelt, MD (301-344-0600)

OrderAppointFPD (6/2014)