=====================================================================

# *UNITED STATES DISTRICT COURT*
-------------- DISTRICT OF MARYLAND --------------

APPEARANCE

UNITED STATES OF AMERICA

v.                                               CASE NUMBER: 19-03942M

ZOHRA MOHAMMAD REZA

To the Clerk of this Court and all parties of record:

     Please enter my appearance as counsel in this case for Zohra Mohammod Reza.   I certify that I am eligible to practice in this court.

Date:   January 16, 2020                           /S/
                                                            ROSANA CHAVEZ, #808049
                                                            Assistant Federal Public Defender
                                                            Office of the Federal Public Defender
                                                            6411 Ivy Lane, Suite 710
                                                            Greenbelt, Maryland 20770
                                                            Phone: (301) 344-0600
                                                            Fax: (301) 344-0019
                                                            Email: rosana_chavez@fd.org