


Case no: 19-PO-3942



**Resignation**    Yahoo/Sent

**Andre KAMLEU** <akamleu@yaho    Dec 20, 2019 at 6:53 PM
**To:** lakeshia.williams@nih.gov

Good everning,

I'm writing this email to thank NIH and Paragon Systems for the opportunity to work at their facilities in Bethesda Maryland.Now the time has come for me to go outside of there and expplore other opportunities.This means that I would like to place my 2-week notice starting
Monday 12/23/2019 and ending Friday 01/03/2020.Thank you again for this opportunity.

Sincerely

Andre Kamleu
#027874

Andre KAMLEU
akamleu@yahoo.com
(202) 734-5297
+ Add to contacts

Reply, Reply All or Forward



### Resignation

**Andre KAMLEU** <akamleu@yahoo...>  
Dec 22, 2019 at 9:29 AM  
To: janelle.johnson@parasys.com

Good morning,

.I'm writing this email to thank NIH and Paragon Systems to have given me the opportunity to work in their facilities in Bethesda ,Maryland (NLM,post2,0700hrs/1500hrs).Now the time has come for me to go outside of there
and explore other opportunities.This means that I would like to place my 2-week notice starting Monday 12/23/2019 and ending Friday 01/03/2020.Thank you again for this opportuniy.

Sincerely.

Andre Kamleu  
#027874

**Andre KAMLEU**  
akamleu@yahoo.com  
(202) 734-5297  
+ Add to contacts