Andre KAMLEU
13306 Waterside Circle
Germantown, MD. 20874



CERTIFIED MAIL

7019 2280 0001 6769 3645



U.S. POSTAGE PAID
FCM LG ENV
GERMANTOWN, MD
20874
FEB 01, 20
AMOUNT
$7.60
R2304M112733-17

Case no: 19 - PO - 3942
United States District Court
6500 CherryWood Lane
GreenBelt, MD. 20770



FEB 03 2020
DISTRICT OF MARYLAND
DEPUTY