# U.S. District Court
# for the
# District of Maryland (Greenbelt)

FILED ___ LOGGED ___
FEB 24 20
AT GREENBELT
CLERK, U.S. DISTRICT
DISTRICT OF MARYLAND
BY ___ DEPUTY

## The Honorable: Magistrate Judge Thomas M. DiGirolamo

## DISPOSITION SHEET

**Zohra Mohammadreza**  **CASE NO: 8:19-mj-03942-TMD**

| | | | |
|---|---|---|---|
| **Court date** | 02/12/2020 | **Court Time** | 08:30 AM |
| **Location** | NIH1 | | |
| **Counsel** | Rosana E Chavez | **Type Counsel** | |
| **Officer** | Curtin | **Date of Charge** | 10/17/2019 |
| **Setting** | Bench Trial | **AUSA** | |
| **Comments** | | | |

**Charges**   PERSON DRIVING MOT VEH ON (HWY/PUBLIC USE PROPERTY) ON SUSPEND OUT OF STATE LIC. (8045333) (1)

**Offense**   MTA16-303(f)

**Citation #**   8045333/MD92

**Disposition**   *Dismissed by Gvnt*

**Date Issued**   11/27/2019

**Date Sat**

**Charges**   UNAUTHORIZED TRESPASS, VIOLATION OF CLOSURES AND LIMITS TO ENTRY (8045332) (2)

**Offense**   45CFR3.41

**Citation #**   8045332/MD92

**Disposition**

**Date Issued**   11/27/2019

**Date Sat**